DANIEL MALAKAUSKAS, *Cal. Bar No.: 265903*
MALAKAUSKAS LAW, APC
7345 South Durango Drive, Suite B-107-240
Las Vegas NV 89113
Tel: 866-790-2242 / Fax: 888-802-2440
daniel@malakauskas.com

*Attorney for Plaintiff: **Meryl Pomponio***

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **MERYL POMPONIO**,<br><br>                    Plaintiff,<br>v.<br><br>**MKAA, INC.**, as an entity and doing business as "Round Up Saloon", **HABERLAN SISTERS LEGACY, LLC**, and DOES 1-50, Inclusive,<br><br>                    Defendants. | Case No.:  **3:21-cv-02949-SK**<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE**<br><br> [Fed. R. Civ. P. 41] |

   **PLEASE TAKE NOTICE**, that plaintiff hereby unilaterally requests that this action be and is hereby dismissed in its entirety, against all defendants, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1).


Date:  August 16th, 2021

                                        /s/ Daniel Malakauskas
                                        By: Daniel Malakauskas, of,
                                        MALAKAUSKAS LAW, APC,
                                        Attorney for Plaintiff